# United States District Court

**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

v.

Eddie Sevilla

**WARRANT FOR ARREST**

CASE NUMBER: CR. 97-82 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Eddie Sevilla__
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment   ___ Information   ___ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation Petition

charging him or her with (brief description of offense)

On or about October 1994 up to the present time, defendant did knowingly, willfully, intentionally, and unlawfully, combine, conspire and agree with other persons to the Grand Jury known and unknown, to commit the following offense against the United States, to wit: knowingly and intentionally distribute multi-kilogram quantities of controlled substances, that is, in excess of five (5) kilograms of cocaine, a Schedule II, Narcotic Drug Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

| | |
|---|---|
| J. A. CASTELLANOS<br>Name of Issuing Officer | U.S. Magistrate Judge<br>Title of Issuing Officer |
| By: [signature]<br>Signature of Issuing Officer<br>Deputy Clerk | April 23, 1997, Hato Rey, P.R.<br>Date and Location |

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>9\1997 | [signature]<br>JAMES CLIFFORD<br>S/A | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest